Certificate Number: 12433-PAM-DE-034496136

Bankruptcy Case Number: 20-01410



12433-PAM-DE-034496136

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 26, 2020, at 11:50 o'clock PM EDT, Melissa OGrady completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 27, 2020     By:   /s/Lisa Susoev

                    Name: Lisa Susoev

                    Title: Teacher