```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 20-01410-RNO
Melissa N. O'Grady                                             Chapter 13
       Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke          Page 1 of 2         Date Rcvd: Jun 09, 2020
                             Form ID: ntcnfhrg        Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db              +Melissa N. O'Grady,    1234 Wade Court West,    Stroudsburg, PA 18360-9536
5324217         +BARCLAYS BANK,    PO BOX 8803,    WILMINGTON, DE 19899-8803
5324222         +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5324224         +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5324225         +NEPA COMMUNITY FCU,    337 CLAY AVENYE,    STROUDSBURG, PA 18360-1288
5324226          NISSAN MOTOR ACCEPTANCE CORP,    BANKRUPTCY DEPARTMENT,    PO BOX 660366,    DALLAS, TX 75266-0366
5333092         +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5324228          PENN CREDIT,    PO BOX 69703,    HARRISBURG, PA 17106-9703
5324229          PENNYMAC LOAN SERVICES,    ATTN: CORRESPONDENCE UNIT,    PO BOX 514387,
                  LOS ANGELES, CA 90051-4387
5324231         +TD BANK USA NA,    7000 TARGET PKWY N,    MS-NCB-0464,    BROOKLYN PARK, MN 55445-4301
5324232          WELTMAN WEINBERG & REIS CO,    170 S INDEPENDENCE MALL W,    SUITE 874,
                  PHILADELPHIA, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 09 2020 20:04:42
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 20:05:01
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5324218         +E-mail/PDF: MarletteBKNotifications@resurgent.com Jun 09 2020 20:04:58     BEST EGG,
                  1523 CONCORD PIKE,    SUITE 201,    WILMINGTON, DE 19803-3656
5324219          E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 09 2020 20:04:45
                  CAPITAL ONE AUTO FINANCE,    PO BOX 60511,    CITY OF INDUSTRY, CA 91716-0511
5324220          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2020 20:04:41
                  CAPITAL ONE BANK (BK DEPT),    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5326192         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 09 2020 20:05:18
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5329489         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 09 2020 20:04:59
                  Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5324221          E-mail/Text: mrdiscen@discover.com Jun 09 2020 19:54:44     DISCOVER,    PO BOX 30943,
                  SALT LAKE CITY, UT 84130
5325922          E-mail/Text: mrdiscen@discover.com Jun 09 2020 19:54:44     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5324223         +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2020 20:05:04     LVNV FUNDING,
                  PO BOX 1269,    GREENVILLE, SC 29602-1269
5326438          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2020 20:05:04     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5324227         +E-mail/Text: paparalegals@pandf.us Jun 09 2020 19:55:20     PATENAUDE & FELIX,
                  501 CORPORATE DRIVE,    SOUTHPOINTE CTR STE 205,    CANONSBURG, PA 15317-8584
5324230          E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 20:05:13     SYNCHRONY BANK,
                  ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5324668         +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 20:04:54     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5326193*        +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Melissa N. O'Grady
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
           anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Melissa N. O'Grady,<br>aka Melissa O'Grady, aka Melissa Quezada, aka Melissa N. Quezada, dba Glam Events Rentals, fdba Glam House, | Chapter | 13 |
| | Case No. | 5:20−bk−01410−RNO |
| **Debtor 1** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: August 19, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 9, 2020 |

ntcnfhrg (03/18)