IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MELISSA N. O'GRADY | : | |
| aka MELISSA O'GRADY | : | CASE NO.: 5:20-bk-01410-MJC |
| aka MELISSA QUEZADA | : | |
| aka MELISSA N. QUEZADA | : | |
| Debtor | : | STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. | : | |
| | : | |
| vs. Movant | : | |
| | : | |
| MELISSA N. O'GRADY | : | |
| aka MELISSA O'GRADY | : | |
| aka MELISSA QUEZADA | : | |
| aka MELISSA N. QUEZADA | : | |
| Respondent | : | |
| and | : | |
| JACK N ZAHAROPOULOS | : | |
| Trustee | : | |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court,

_____
Mark J Conway, United States Bankruptcy Judge

Dated: