| Fill in this information to identify the case: |
|---|
| Debtor 1      Melissa N. O'Grady |
| Debtor 2 <br>(Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u> |
| Case number    <u>20-01410 MJC</u> |

<u>Form 4100R</u>

## <u>Response to Notice of Final Cure Payment</u>      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**     PENNYMAC LOAN SERVICES, LLC      **Court claim no.** (if known):    11-1

**Last 4 digits** of any number you use to identify the debtor's account:    1571
**Property address:**
     1234 Wade Court West
     Stroudsburg, PA 18360

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on:      06 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:
     a.    Total postpetition ongoing payments due:      (a)    $ _____

     b.    Total fees, charges, expenses, escrow, and costs outstanding:      + (b)    $ _____

     c.    **Total.** Add lines a and b.      (c)    $ _____

     Creditor asserts that the debtor(s) are contractually obligated for
     the postpetition payment(s) that first became due on:

Form 4100R      Response to Notice of Final Cure Payment      page 1

Document ID: 9a2cf44015c024d22b17c16da572728117737df8691f50a54638fd783e0c48e24
Case 5:20-bk-01410-MJC    Doc 59    Filed 06/09/25    Entered 06/09/25 12:50:17    Desc
Main Document      Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
06 Jun 2025, 15:56:55, EDT

Date    06/06/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R     Response to Notice of Final Cure Payment     page 2

Document ID: 9a2cf44015c024d22b17c16da57272811737df8691f50a54638fd783e0c48e24
Case 5:20-bk-01410-MJC    Doc 59    Filed 06/09/25    Entered 06/09/25 12:50:17    Desc
Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals <br>                                    Debtor(s) <br><br> **PENNYMAC LOAN SERVICES, LLC** <br>                                    Movant <br>       vs. <br><br> **Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals** <br>                                    Debtor(s) <br><br> **Jack N. Zaharopoulos**, <br>                                    Trustee | BK NO. 20-01410 MJC <br><br> Chapter 13 <br><br> Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 9, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals
1234 Wade Court West
Stroudsburg, PA 18360

Attorney for Debtor(s) (via ECF)
Vincent Rubino, Esq.
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: June 9, 2025

                                                          **/s/ Matthew Fissel**
                                                          Matthew Fissel
                                                          Attorney I.D. 314567
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          215-627-1322
                                                          mfissel@kmllawgroup.com