IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals <br>　　　　　　　　　　Debtor(s) <br><br>**PENNYMAC LOAN SERVICES, LLC** <br>　　　　　　　　　　Movant <br>　　　　vs. <br><br>Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals <br>　　　　　　　　　　Debtor(s) <br><br>**Jack N. Zaharopoulos**, <br>　　　　　　　　　　Trustee | BK NO. 20-01410 MJC <br><br>Chapter 13 <br><br>Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 17, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Melissa N. O'Grady aka Melissa O'Grady aka Melissa Quezada fdba Glam House aka Melissa N. Quezada dba Glam Events Rentals
1234 Wade Court West
Stroudsburg, PA 18360

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>March 17, 2023</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com